## KIRBY v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 132, September Term, 1963.]

*Decided March 6, 1964.*

Before HENDERSON, HAMMOND, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons set forth in the order of Judge Foster in the lower court, the application for leave to appeal is denied.

*Application denied.*